# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIA MCREYNOLDS,

        Plaintiff,

v.

BRUK CREDIT RESTORATION & SOLUTIONS, LLC

        Defendants.

Case No. 17-12177
Hon. Terrence G. Berg

## ORDER GRANTING PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT JUDGMENT (DKTS. 9, 11)

This matter is before the Court on Plaintiff's motions for entry of default judgment (Dkts. 9, 11). Plaintiff filed this case on July 5, 2017, and served Defendant with a summons and the complaint on August 28, 2017 (Dkt. 5). Defendant failed to respond to this lawsuit, thus, a clerk's entry of default was entered against Defendant on September 28, 2017 (Dkt. 7).

Plaintiff then filed a motion for default judgment (Dkt. 9), requesting $5,398.50 in damages under the Michigan Credit Services Protection Act and the Federal Credit Repair

Organization Act.  The Court held a hearing on this motion on November 15, 2017; Defendant did not appear at the hearing, but the Court asked Plaintiff's counsel several questions about the requested damages.  In response to these questions, Plaintiff filed a supplemental motion for default judgment (Dkt. 11), requesting $5,404.50 in damages (specifically, $2,127 in damages, costs of $70, and $3,207.50 in attorney's fees).  The Court finds that Plaintiff's damage request is reasonable, and supported by the applicable law.  As such, Plaintiff's motions for default judgment are **GRANTED**.  Judgment will be entered in favor of Plaintiff and against Defendant in the amount of $5,404.50.

**SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:  December 12, 2017

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on December 12, 2017.

s/A. Chubb
Case Manager
