UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIA MCREYNOLDS,

                Plaintiff,

        v.                                    Case No. 17-12177
                                              Hon. Terrence G. Berg
BRUK CREDIT
RESTORATION &
SOLUTIONS, LLC

                Defendants.

## JUDGMENT

Plaintiff having filed a motion for default judgment, Defendant having filed no response and the court being advised in the premises;

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is GRANTED;

IT IS FURTHER ORDERED that judgment is hereby entered against Defendant Bruk Credit Restoration & Solutions, L.L.C. as stated in Count I of Plaintiff's Complaint violation of the Michigan Credit Services Protection Act Mich. Comp. Laws § 445.1821 *et. seq*;

IT IS FURTHER ORDERED that judgment is hereby entered against Defendant Bruk Credit Restoration & Solutions, L.L.C. as

stated in Count II of Plaintiff's Complaint for violations of the Credit
Repair Organization Act 15 U.S.C. § 1679 *et. seq.;*

JUDGMENT IS HEREBY entered against Defendant Bruk Credit
Restoration & Solutions, L.L.C. in favor of Plaintiff Tia McReynolds in
the amount of $5,404.50 ($2,127 in damages, $70 in costs, and $3,207.50
in attorney's fees).

**SO ORDERED**.

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE